# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LIVE FACE ON WEB, LLC, a Pennsylvania company, <br><br> Plaintiff, <br><br> vs. <br><br> JIMMY DOAN, <br><br> Defendant. | Case No.: 4:15-CV-2152 <br><br> JURY TRIAL REQUESTED |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Live Face on Web, LLC ("Plaintiff") and files this its Notice of Dismissal with Prejudice and hereby gives Notice to the Court that this matter has resolved and hereby stipulates to a dismissal of the above-captioned suit. Accordingly Plaintiff hereby requests dismissal of all its claims and causes of action against Defendant Jimmy Doan in the above-styled action. All costs are to be taxed against the party incurring the same

Dated: October 13, 2015

Respectfully submitted,

 /s/ Christopher S. Hamilton
Christopher S. Hamilton
State Bar No. 24046013
Jodie Slater Hastings
State Bar No. 24046862

**STANDLY & HAMILTON LLP**
325 N. St. Paul, Suite 3300

Dallas, Texas 75201
Telephone: (214)234-7945
Telecopier: (214) 234-7300
chamilton@standlyhamilton.com
jhastings@standlyhamilton.com

**ATTORNEYS FOR LIVE FACE ON WEB, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel of record on this 14th day of October, 2015, in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Valeri C. Williams | HAND DELIVERY_____ |
| Katherine B. Weber | CERTIFIED MAIL_____ |
| WILSON ELSER MOSKOWITZ | ELECTRONIC FILING___X_____ |
| EDELMAN & DICKER LLP | FACSIMILE_____ |
| Bank of America Plaza | FIRST CLASS MAIL_____ |
| 901 Main Street, Suite 4800 | |
| Dallas, TX 75202 | |
| Valeri.Williams@wilsonelser.com | |
| Katherine.Weber@wilsonelser.com | |

*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　*/s/ Jodie Slater Hastings*
　　　　　　　　　　　　　　　　　　　　Jodie Slater Hastings