IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIVE FACE ON WEB, LLC, a Pennsylvania company,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY DOAN,<br><br>Defendant. | Case No.: 4:15-CV-2152<br><br>JURY TRIAL REQUESTED |

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE, came on for consideration the Notice of Dismissal with Prejudice, filed by Plaintiff Live Face on Web, LLC ("Plaintiff").

Accordingly, it is hereby ORDERED that Plaintiff's claims against Defendant Jimmy Doan be and are hereby DISMESSED WITH PREJUDICE to re-filing the same, with each party to bear its own costs and fees.

Dated this 15th day of October, 2015.

_____
The Honorable Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE                                                    SOLO PAGE